**Motion Granted; Dismissed and Memorandum Opinion filed January 8, 2013.**



In The

# Fourteenth Court of Appeals

## NO. 14-12-01051-CV

### FRED SATCHEL, Appellant

### V.

### HOUSTON COMMUNITY COLLEGE, Appellee

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2010-79335**

## M E M O R A N D U M   O P I N I O N

According to information provided to this court, this is an appeal from an interlocutory order signed October 10, 2012. On December 21, 2012, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Brown, and Busby.